Joseph R. Manning Jr., Esq. (State Bar No. 223381)
**MANNING LAW, APC**
20062 SW Birch Street, Suite 200
Newport Beach, CA 92660
Office: (949) 200-8755
DisabilityRights@manninglawoffice.com

Attorneys for Plaintiff
JAMES RUTHERFORD

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC OIL COMPANY LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.  5:20-cv-01748 PA (SHKx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>[Fed. Rule of Civ. Proc. 41(a)(1)(A)(i)] |

Complaint Filed:  August 28, 2020
Trial Date:  None Set

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

NOTICE IS HEREBY GIVEN, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff James Rutherford ("Plaintiff") hereby dismisses the above-captioned action in its entirety and with prejudice as to any and all claims and causes of action against all Defendants. Defendants have not filed any answers to Plaintiff's Complaint and no cross-claims have been advanced by Defendants, either individually or collectively.

Dated: November 6, 2020

MANNING LAW, APC

By: _____
Joseph R. Manning, Esq.

Attorneys for Plaintiff James Rutherford